IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 07-cv-00427-LTB-MEH

J. GALE MOODY,

    Plaintiff,

and

RODNEY L. NELSON,

    Plaintiff-Intervenor/Cross-Claimant,

v.

THE GREAT WESTERN RAILWAY COMPANY, a corporation;
THE WESTERN CONSTRUCTION COMPANY, a Colorado corporation;
GREAT WESTERN TRAIL AUTHORITY, an intergovernmental authority;
KEITH MCINTYRE, Chair, Great Western Trail Authority;
DOUG MOORE, Vice Chair, Great Western Trail Authority;
PEGGY JOHNSON, Secretary, Great Western Trail Authority;
JIM CAMPBELL, TOM JONES, TIM KREBS, MIKE KETTERLING, BARBARA LABARBARA, and ALEX RYER, Board Members, Great Western Trail Authority, and
ANY UNKNOWN PERSON WHO MAY CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

_____

ORDER
_____

The above case was remanded to state court on May 24, 2007, Doc 32. Accordingly, the motion to reconsider (Doc 34) and the joinder in the motion to reconsider (Doc 35) are DENIED.

                BY THE COURT:

                  s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE

DATED: June 12, 2007